STATE OF CONNECTICUT *v.* ADAM H.

The defendant's petition for certification for appeal from the Appellate Court, 54 Conn. App. 387 (AC 17912), is denied.

SULLIVAN, J., did not participate in the consideration or decision of this petition.

*Glenn M. Conway*, in support of the petition.

*Susan C. Marks*, supervisory assistant state's attorney, in opposition.

Decided September 29, 1999